## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### PEORIA DIVISION

| | | |
|---|---|---|
| DON BENNY ANDERSON, | ) | |
| Petitioner, | ) | |
| v. | ) | No. 05-1356 |
| R. V. VEACH, WARDEN | ) | |
| Respondent. | ) | |

## **O R D E R**

Before the Court is Petitioner Don Benny Anderson's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 [Doc. #1]. For the reasons that follow, the Court will deny Anderson's Petition.

On June 1, 2005, Petitioner filed a § 2241 Habeas Petition in Case No. 05-1164. On June 10, 2005, this Court denied Petitioner's § 2241 Habeas Petition because he was seeking Habeas relief based on his expired Texas state sentence although he is currently being held as a federal prisoner on unrelated charges. As stated in this Court's previous orders, federal district courts are without power to grant such relief. However, unpersuaded by the Court's decision, Petitioner proceeded to file two motions for reconsideration, both which were denied by this Court.

In an attempt to circumvent this Court's orders in Case No. 05-1164, Petitioner filed the instant § 2241 Habeas Petition on November 15, 2005. Although Petitioner is still a federal prisoner, he is again seeking Habeas relief based on his expired Texas state sentence and, again, this Court cannot grant such relief. Indeed, Petitioner does not even attempt to recast his

arguments, instead, the instant Petition is virtually identical to the Petition filed in Case No. 05-1164.  Accordingly, Petitioner's § 2241 Habeas Petition [Doc. #1] is denied.

IT IS THEREFORE ORDERED that Anderson's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 [Doc. #1] is DENIED.

Entered this  16th  day of November, 2005.

/s/ Joe B. McDade
JOE BILLY McDADE
United States District Judge